IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS LOPES,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH DALE WREN, et al.,<br><br>    Defendants.                              / | No. C 06-03705 CRB<br><br>**JUDGMENT** |

   The Court having previously dismissed the District Attorney's Office defendants, and having granted summary judgment in favor of the remaining defendants by Memorandum and Order filed June 25, 2007, judgment is entered against plaintiff and in favor of defendants.

   **IT IS SO ORDERED.**

Dated: June 25, 2007                              CHARLES R. BREYER
                                                  UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\3705\judgment.wpd